**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS RESENDEZ, | ) | NO. CV 16-8611-AG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOHN SUTTON, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 26, 2017.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE